UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA              :        07 Cr.976 (WHP)
                                      :
    -against-                         :        ORDER
                                      :
JOSE ESPINOSA,                        :
                                      :
              Defendants.           :
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

WILLIAM H. PAULEY III, District Judge:

        Roy Kulcsar, Esq. is hereby relieved as counsel for defendant Jose Espinosa and Ted Del Valle is substituted in his place and stead as attorney for the defendant.

Dated: March 7, 2008
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                                 U.S.D.J.